IN THE DISTRICT COURT OF APPEAL
FIRST DISTRICT, STATE OF FLORIDA

DARRYL M. WHITEHURST ,

     Appellant,

v.

SAINT STEPHEN CHILD CARE
AND LEARNING CENTER,

     Appellee.

NOT FINAL UNTIL TIME EXPIRES TO
FILE MOTION FOR REHEARING AND
DISPOSITION THEREOF IF FILED

CASE NO. 1D15-742

_____/

Opinion filed October 14, 2015.

An appeal from the Circuit Court for Duval County.
Thomas Beverly, Judge.

Darryl M. Whitehurst, Pro Se, for Appellant.

Scot E. Samis and Ashleigh Jennifer Smith, of Traub Lieberman Straus &
Shrewsberry, L.L.P., St. Petersburg, for Appellee.

PER CURIAM.

     AFFIRMED.

SWANSON, OSTERHAUS, and KELSEY, JJ., CONCUR.